IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

SCOTT DAVIS

    Plaintiff

v.

ARGENTUM 47, INC.

    Defendant

Case No.: 1:23-cv-23-1240

**JOINT MOTION TO SCHEDULE HEARING BEFORE MAGISTRATE JUDGE**

Plaintiff, SCOTT DAVIS ("Plaintiff") and Defendant, ARGENTUM 47, INC. ("Defendant"), by their attorneys, hereby file this joint motion to schedule a hearing before a Magistrate Judge, and state as follows:

1. Plaintiff filed its Complaint on May 11, 2023, seeking this Honorable Court's Order approving a settlement between the Parties under Section 3(a)(10) of the Securities Act of 1933 ("Section 3(a)(10)"),

2. Section 3(a)(10) requires that a hearing on the fairness of the terms of a Settlement Agreement be conducted by the Court ("Fairness Hearing"), and such Fairness Hearing may be held before a Magistrate Judge.

3. Plaintiff's Complaint sought as relief the scheduling of a Fairness Hearing.

4. Defendant filed its Answer on May 15, 2023, which admitted all allegations in Plaintiff's Complaint, and which likewise sought as relief the scheduling of a Fairness Hearing.

5. There is no dispute among the parties as to matters of fact, and the parties executed a Settlement Agreement, which sets forth all of the terms of settlement that were agreed to by the Parties, and which was attached to the Complaint as Exhibit D.

6. The parties have attached hereto a Proposed Order for this Honorable Court's review as Exhibit A to this Joint Motion.

7. Both Plaintiff and Defendant are corporate entities, and their respective officers would need to fly in from out-of-state to attend the Fairness Hearing, and therefore the parties, and undersigned counsel, hereby request to attend the Fairness Hearing via teleconference, as this Honorable Court has permitted in prior cases of this type.

WHEREFORE, for all of the foregoing reasons, the parties jointly and respectfully request that this Court schedule the matter for a hearing on the fairness of the terms of the Settlement Agreement before a Magistrate Judge.

Respectfully submitted,

*/s/ Matheau J. W. Stout*

Matheau J. W. Stout (28054)
201 International Circle, Suite 230
Hunt Valley, Maryland 21030
(410) 429-7076 Tel
*Attorney for Plaintiff*

*/s/ Glen K. Allen*

Glen K. Allen (06150)
Glen Allen Law
5423 Springlake Way
Baltimore, Maryland 21212
(410) 802-6453 Tel
*Attorney for Defendant*